# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Kallon, Abdul K. | **2. Court or Organization**<br><br>Northern District of Alabama | **3. Date of Report**<br><br>05/15/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>419 Hugo Black United States Courthouse<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Children's Village Board of Directors |
| 2. Chair | Beta Kappa Boule Charitable Foundation |
| 3. Director | Alabama Law Foundation |
| 4. Director | Bethel Baptist Historic Renovation Foundation |
| 5. Director | Habitat for Humanity Birmingham |
| 6. Advisor | Robert R. Meyer Foundation Advisory Committee |
| 7. Director | Sister Cities Commission of Birmingham |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | United States Federal Courts -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | May 20 - June 14, 2019 | Durham, NC | Education | Tuition and Room and Board |
| 2. | American Consitution Society | November 15 - 16, 2019 | Las Vegas, NV | Education | Room and Board |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Co-signer of student loans | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Account 1 | A | Interest | J | T | | | | | |
| 2. Regions Bank Account 2 | A | Interest | J | T | | | | | |
| 3. Regions Bank Account 3 | A | Interest | J | T | | | | | |
| 4. Bank of America Account | A | Interest | J | T | | | | | |
| 5. American Express Bank | A | Interest | K | T | | | | | |
| 6. Goldman Sachs Marcus Bank | B | Interest | M | T | | | | | |
| 7. Rental Property #2, Birmingham, AL (2015 $617,000) | D | Rent | O | R | | | | | |
| 8. Merril Edge CMA Account (H) | | | | | | | | | |
| 9. --Amazon.Com | | None | K | T | | | | | |
| 10. --Berkshire Hathaway Class B | | None | M | T | Buy (add'l) | 05/10/19 | K | | |
| 11. --Diamondback Engery | | None | | | Sold | 01/23/19 | J | A | |
| 12. --Facebook | | None | | | Sold | 01/23/19 | K | B | |
| 13. --General Electric | A | Dividend | J | T | | | | | |
| 14. --Google Common Stock -- Class A | | None | K | T | | | | | |
| 15. --Google Class C | | None | L | T | | | | | |
| 16. --Mueller Water Products | A | Dividend | J | T | | | | | |
| 17. --Vulcan Materials Common Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --WABTech | A | Dividend | | | Spinoff (from line 13) | 03/01/19 | J | | |
| 19. | | | | | Sold | 07/30/19 | J | A | |
| 20. --Merril Lynch Direct Deposit | A | Interest | J | T | | | | | |
| 21. Schwab Brokerage IRA (H) | | | | | | | | | |
| 22. --Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 23. --Vanguard Mid-Cad Index Fund | C | Dividend | M | T | | | | | |
| 24. --Vanguard Small Cap Growth Index Fund | B | Dividend | N | T | | | | | |
| 25. --Vanguard Total Int'l Stock Index Fund | D | Dividend | M | T | | | | | |
| 26. --Vanguard Wellington Fund | D | Dividend | N | T | | | | | |
| 27. Vanguard Roth IRA (H) | | | | | | | | | |
| 28. --Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 29. --Vanguard Total Int'l Stock Index Fund | B | Dividend | L | T | | | | | |
| 30. Vanguard Brokerage Account (H) | | | | | | | | | |
| 31. --Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 32. Merrill Edge Account (H) | | | | | | | | | |
| 33. --Alibaba | | None | K | T | | | | | |
| 34. --Amazon | | None | N | T | Buy (add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 36.   --Apple | A | Dividend | K | T | Sold (part) | 02/14/19 | J | | |
| 37.   --Bank of America | A | Dividend | K | T | | | | | |
| 38.   --Buckeye Partners | B | Dividend | | | Distributed | 11/01/19 | J | | |
| 39.   --China Mobile | A | Dividend | J | T | | | | | |
| 40.   China Telecom | A | Dividend | J | T | | | | | |
| 41.   --Cisco | A | Dividend | J | T | | | | | |
| 42.   --Clearbridge Aggressive Growth Fund | D | Distribution | K | T | | | | | |
| 43.   --Clearbridge Large Cap Growth | C | Distribution | K | T | | | | | |
| 44.   --Clearbridge Large Cap Value | D | Distribution | K | T | Sold (part) | 08/15/19 | K | D | |
| 45.   --DSW | A | Dividend | J | T | | | | | |
| 46.   --Dunkin | A | Dividend | J | T | Sold (part) | 04/25/19 | J | | |
| 47.   --Ebay | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 48.   --Facebook | | None | L | T | Buy (add'l) | 04/26/19 | J | | |
| 49.   --First Solar | | None | J | T | | | | | |
| 50.   --Ford | A | Dividend | J | T | | | | | |
| 51.   --Goldman Sachs | A | Dividend | J | T | | | | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes                  J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes           Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment              T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Google Class A | | None | L | T | | | | | |
| 53. --Google Class C | | None | L | T | Buy (add'l) | 02/04/19 | J | | |
| 54. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 55. --General Electric | A | Dividend | J | T | | | | | |
| 56. --JP Morgan Chase | A | Dividend | J | T | | | | | |
| 57. --Lord Abbett Intermediate Tax Free | A | Dividend | J | T | | | | | |
| 58. --Nissan | A | Dividend | J | T | | | | | |
| 59. --Pfizer | A | Dividend | J | T | | | | | |
| 60. --Proctor & Gamble | A | Dividend | J | T | | | | | |
| 61. --Regions | A | Dividend | J | T | | | | | |
| 62. --Republic Bancorp | A | Dividend | K | T | | | | | |
| 63. --Teladoc | | None | J | T | Buy | 03/15/19 | J | | |
| 64. | | | | | Sold | 03/21/19 | J | A | |
| 65. | | | | | Buy | 04/01/19 | J | | |
| 66. | | | | | Sold | 04/08/19 | J | B | |
| 67. | | | | | Buy | 04/16/19 | J | | |
| 68. | | | | | Sold | 05/01/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy | 06/03/19 | J | | |
| 70. | | | | | Sold | 06/24/19 | J | B | |
| 71. | | | | | Buy | 07/30/19 | J | | |
| 72. | | | | | Sold | 08/05/19 | J | B | |
| 73. | | | | | Buy | 08/23/19 | J | | |
| 74. | | | | | Sold | 09/16/19 | J | B | |
| 75. | | | | | Buy | 10/07/19 | J | | |
| 76. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 77. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 78. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 79. | | | | | Sold (part) | 12/20/19 | J | B | |
| 80.  --Tesla | | None | J | T | | | | | |
| 81.  --Tocqueville Int'l Value | A | Dividend | J | T | | | | | |
| 82.  --Toyota | A | Dividend | J | T | | | | | |
| 83.  --Twitter | | None | J | T | | | | | |
| 84.  --Vanguard FTSE Emerging | A | Dividend | J | T | | | | | |
| 85.  --Vanguard Dividend Growth | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    --Vanguard 500 Index | B | Dividend | L | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 91. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 04/09/19 | J | | |
| 93. | | | | | Buy<br>(add'l) | 04/23/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 05/21/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 06/18/19 | J | | |
| 98. | | | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 99. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 100. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 101. | | | | | Buy<br>(add'l) | 08/20/19 | J | | |
| 102. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 09/17/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 105. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 110. --Vanguard Small Cap | A | Dividend | J | T | | | | | |
| 111. --Verizon | A | Dividend | J | T | | | | | |
| 112. --WAB Tech | A | Dividend | J | T | Spinoff<br>(from line 55) | 03/01/19 | J | | |
| 113. Wells Fargo Small Cap World Fund | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Abdul K. Kallon

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544